UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-150 |
| VERSUS | SECTION "B" |
| WARDELL ROBINSON<br>THOMAS HUNTER<br>CHERYL JOHNSON<br>BRANDON JOSEPH<br>ADRIAN CALISTE<br>CEASAR HERRERA | VIOLATION: 21:922(g)(1);<br>21:924(a)(2); 21:846;<br>21:841(a)(1); 21:841(b)(1)(B);<br>21:841(b)(1)(C);<br>18:924(c)(1)(A); 18:924(o); 18:2 |

NOTICE OF SENTENCING AS TO CHERYL JOHNSON, ADRIAN CALISTE AND CEASAR HERRERA

(Previously set for 5/15/2019)

Take notice that this criminal case has been set for SENTENCING on **MAY 13, 2019,** at

**10:00 a.m.**, before Judge Ivan L. R. Lemelle, 500 Poydras Street, Courtroom C-501,

New Orleans, LA 70130.

**\*\*IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:   April 22, 2019 | WILLIAM W. BLEVINS, CLERK<br>Issued by K. County, Case Manager |
| TO: | AUSA: Brittany Reed, T.A. |
| **SEE PAGE 2** | U.S. Marshal |
| | U.S. Probation/Pretrial Services Unit |
| | **JUDGE LEMELLE** |
| **If you change address,<br>notify clerk of court<br>by phone - (504) 589-7682** | **MAGISTRATE JUDGE**<br><br>S/A Sheila McMillan – FBI<br><br>COURT REPORTER COORDINATOR<br>INTERPRETER: NO |

17-150 "B"
Criminal Notice - Page 2

(DEFENDANTS AND COUNSEL)

WARDELL ROBINSON (CUSTODY)
**COUNSEL FOR ROBINSON:**
STAVROS PANAGOULOPOULOS
stavros.p@pelicanlawgroup.com
DAVID AUGUSTUS CAPASSO
DavidCapasso.Attorney@Yahoo.com

THOMAS HUNTER (CUSTODY)
**COUNSEL FOR HUNTER:**
NANDI CAMPBELL
nfc.attorney@gmail.com
SARAH CHERVINSKY
chervinskylaw@gmail.com

CHERYL JOHNSON (BOND)
**COUNSEL FOR JOHNSON:**
CHRISTOPHER EDWARDS
chris.edwards501@yahoo.com

BRANDON JOSEPH   (CUSTODY)
**COUNSEL FOR JOSEPH:**
JEROME MATTHEWS. JR.
jerome@jeromematthews.com

ADRIAN CALISTE (BOND)
**COUNSEL FOR CALISTE:**
WARREN MCKENNA, III
warren@mckennafirm.com

CEASAR HERRERA (CUSTODY)
**COUNSEL FOR HERRERA:**
GARY V. SCHWABE, JR.
gary_schwabe@fd.org